**RIMAC & MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
amartin@rimacmartin.com
w_reilly@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA
and SUTTER HEALTH EMPLOYEE BENEFIT PLAN

MICHAEL B. HORROW  #162917
DONAHUE & HORROW LLP
222 North Sepulveda Blvd., 20th Floor
El Segundo, CA  90245
Telephone:  (310) 335-2006
Fax:  (310) 335-2001
Email:  mhorrow@donahuehorrow.com

Attorneys for Plaintiff
BARBARA SCHMIT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA SCHMIT, | *E-FILING* |
| Plaintiff, | CASE NO.  2:09-cv-01150 JAM (GGH) |
| vs. | STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; ORDER |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, SUTTER HEALTH EMPLOYEE BENEFIT PLAN; DOES 1 THROUGH 10, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record herein that defendants UNUM LIFE INSURANCE COMPANY OF AMERICA and SUTTER HEALTH EMPLOYEE BENEFIT PLAN may have up to and including June 18, 2009 to answer or otherwise respond to plaintiff's complaint.  Defendants

-1-
STIPULATION TO ENLARGE TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT                       CASE NO.  2:09-cv-01150 JAM (GGH)

1 have received a total of two extensions, including this one, not exceeding thirty (30) days in
2 accordance with Eastern District Local Rule 6-144.  Good cause exists to grant this extension as
3 Rimac Martin P.C. will likely represent Sutter Health Employee Benefit Plan throughout the
4 litigation, but is currently working out the terms of that representation.

5     Pursuant to local rules, this document is being electronically filed through the Court's
6 ECF System.  In this regard, counsel for defendants hereby attests that (1) the content of this
7 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
8 concurred with the filing of this document; and (3) a record supporting this concurrence is
9 available for inspection or production if so ordered.

10 **SO STIPULATED.**

11     RIMAC & MARTIN, P.C.

12
13 DATED: June 1, 2009    By:    /s/ **Anna M. Martin**
    ANNA M. MARTIN
    Attorneys for Defendants
14     UNUM LIFE INSURANCE COMPANY OF
    AMERICA and SUTTER HEALTH EMPLOYEE
15     BENEFIT PLAN

16
    DONAHUE & HORROW LLP
17

18 DATED: June 1, 2009    By:    /s/ **Michael B. Horrow**
    MICHAEL B. HORROW
19     Attorneys for PlaintiffBARBARA SCHMIT

20

21 **ORDER**

22     The parties having so stipulated and for good cause shown, IT IS HEREBY ORDERED
23 that defendants shall have up to and including June 18, 2009 to answer or otherwise respond to
24 plaintiff's complaint.

25 **SO ORDERED.**

26

27 DATED: June 1, 2009    /s/ John A. Mendez
    JOHN A. MENDEZ
28     UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO ENLARGE TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT    CASE NO.  2:09-cv-01150 JAM (GGH)