| | |
|---|---|
| 1 | **RIMAC & MARTIN, P.C.** |
| | ANNA M. MARTIN - State Bar No. 154279 |
| 2 | WILLIAM REILLY - State Bar No. 177550 |
| 3 | amartin@rimacmartin.com |
| | w_reilly@rimacmartin.com |
| 4 | 1051 Divisadero Street |
| | San Francisco, California 94115 |
| 5 | Telephone (415) 561-8440 |
| 6 | Facsimile (415) 561-8430 |
| | Attorneys for Defendants |
| 7 | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| | and SUTTER HEALTH EMPLOYEE BENEFIT PLAN |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

BARBARA SCHMIT, )
              Plaintiff, )
              vs. )
UNUM LIFE INSURANCE COMPANY OF )
AMERICA, SUTTER HEALTH EMPLOYEE )
BENEFIT PLAN; DOES 1 THROUGH 10, )
              Defendants. )

*E-FILING*

**CASE NO. 2:09-cv-01150 JAM (GGH)**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that this action shall be dismissed with prejudice, each party bear their own attorney fees and costs.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**       1       Case No.: CV-01150 JAM (GGH)

Respectfully submitted,

RIMAC MARTIN, P.C.

DATED: February 2, 2010     By:     /s/ **ANNA M. MARTIN**
ANNA M. MARTIN
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and SUTTER HEALTH EMPLOYEE BENEFIT PLAN

DONAHUE & HORROW LLP

DATED: February 2, 2010     By:     /s/ **MICHAEL B. HORROW**
MICHAEL B. HORROW
Attorneys for Plaintiff
BARBARA SCHMIT

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: February 2, 2010     /s/ John A. Mendez
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE